UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                                Case Number 12-11400

v.                                                         Honorable David M. Lawson

GREEN HOPE, LLC and PHIL G. YE,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF CONSENT DECREE

On January 18, 2013, the plaintiff filed an unopposed motion to enter consent decree. The Court has reviewed the parties' submissions and finds that the decree is fair, adequate, reasonable, consistent with the underlying statute (the Federal Food, Drug, and Cosmetic Act), and consistent with the public interest. *United States v. Lexington-Fayette Urban Cnty. Gov't*, 591 F.3d 484, 489 (6th Cir. 2010); *United States v. Akzo Coatings of America, Inc.*, 949 F.2d 1409, 1426 (6th Cir. 1991). The Court will therefore grant the unopposed motion for entry of the decree.

Accordingly, it is **ORDERED** that the plaintiff's unopposed motion for entry of consent decree [dkt. #16] is **GRANTED**.

It is further **ORDERED** that the proposed consent decree improperly filed by the plaintiff as an exhibit to its motion [ECF Doc. No. 16-1] is **STRICKEN**.

                                                         s/David M. Lawson
                                                         DAVID M. LAWSON
                                                         United States District Judge

Dated: January 25, 2013

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 25, 2013.

                                              s/Shawntel Jackson
                                              SHAWNTEL JACKSON